**Form 604**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William J. Testa** | : | Case No. 11–26992–GLT |
| **Barbara A. Testa** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 67 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/2/16 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

      *AND NOW,* this *31st day of August, 2016*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 67 by the Chapter 13 Trustee,

      It is hereby *ORDERED, ADJUDGED* and *DECREED* that:

      (1)  *On or before October 17, 2016*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on *November 2, 2016 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 11-26992-GLT
William J. Testa                                               Chapter 13
Barbara A. Testa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 2          Date Rcvd: Aug 31, 2016
                              Form ID: 604        Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
db/jdb        +William J. Testa,   Barbara A. Testa,   3930 Fairfield Avenue,   Munhall, PA 15120-3438
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
r             +Northwood Realty Services,   5301 Clairton Blvd.,   Suite C,   Pittsburgh, PA 15236-2768
13287381      +BANK OF AMERICA, N.A., Et al,   BANK OF AMERICA, N.A.,   7105 CORPORATE DRIVE,
               PLANO, TX 75024-4100
13230503      +Bank of America,   450 American Street,   Simi Valley, CA 93065-6285
13331454       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13230504      +Borough of Munhall,   c/o Donald Fetzko, Esquire,   714 Lebanon Road,
               West Mifflin, PA 15122-1030
13230505      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   PO Box 85520,   Richmond, VA 23285-5075)
13230515      +CAPITAL ONE NA,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13230506      +Citibank Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13230508       County of Allegheny,   c/o Jordan Tax Service,   P.O. Box 200,   Bethel Park, PA 15102-0200
13289689      +County of Allegheny,   % Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6107
13241116      +Department Stores National Bank/Macy's,   C/O Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13230513      +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13230514      +John Williams,   707 Muldowney Avenue,   West Mifflin, PA 15122-1130
13230516      +Larry Schamus,   304 Emerson Avenue,   Munhall, PA 15120-3174
13230517      +Macy's,   9111 Duke Boulevard,   Mason, OH 45040-8999
13615885      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
               Lewisville, TX 75067)
13237535      +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13230518      +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13289690      +Pittsburgh Water & Sewer Authority,   % Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6107
13230519      +Steel Valley School District,   c/o Donald C. Fetzko, Esquire,   714 Lebanon Road,
               West Mifflin, PA 15122-1030
13230520      +Target,   3701 Wayzata Blvd.,   Minneapolis, MN 55416-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2016 10:36:04
               Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2016 10:25:57
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13230507      +E-mail/Text: bankruptcy@firstenergycorp.com Sep 01 2016 10:30:28      Collection Service Center,
               839 Fifth Avenue,   New Kensington, PA 15068-6303
13230509       E-mail/Text: mrdiscen@discover.com Sep 01 2016 10:29:16      Discover,   P.O. Box 8003,
               Hilliard, OH 43026
13237432       E-mail/Text: mrdiscen@discover.com Sep 01 2016 10:29:16      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13323607      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 01 2016 10:31:11      Duquesne Light Company,
               c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13312047       E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:25:48      GE Capital Retail Bank,
               Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13301189       E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:26:16      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13230510      +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:25:48      GE Money Bank,   P.O. Box 103104,
               Roswell, GA 30076-9104
13230511       E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:25:49      GEMB/JC Penneys,   PO Box 103126,
               Roswell, GA 30076
13230512      +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:25:17      GEMB/Lowes,   PO Box 103104,
               Roswell, GA 30076-9104
13620678       E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 01 2016 10:29:37      Green Tree Servicing, LLC,
               P.O. Box 6154,   Rapid City, SD 57709-6154
13538108       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2016 10:35:21      Midland Funding LLC,
               by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
13297009      +E-mail/Text: bncmail@w-legal.com Sep 01 2016 10:30:42      OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13314843       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2016 10:35:43
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13527192       E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2016 10:26:27      Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
13440188       E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2016 10:29:50
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788

```
District/off: 0315-2          User: jhel           Page 2 of 2            Date Rcvd: Aug 31, 2016
                             Form ID: 604          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13527193        E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2016 10:25:57
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13242055        +E-mail/Text: bncmail@w-legal.com Sep 01 2016 10:30:35     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                              TOTAL: 19
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Allegheny County
cr           BANK OF AMERICA, N.A.
cr           Bank of America, N.A, successor by merger to BAC H
cr           Bank of America, N.A., as Servicer
cr           Duquesne Light Company
cr           Pittsburgh Water & Sewer Authority
cr*          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  NATIONSTAR MORTGAGE, LLC,   350 Highland Drive,
              Lewisville, TX  75067)
cr*          Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13653298*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,   350 Highland Drive,
              Lewisville, TX 75067)
13267637     ##+Bank of America, N.A.,   475 Crosspoint Pkwy,   Getzville, NY 14068-1609
                                                                 TOTALS: 6, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
```
          Allison F. Wells   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com,
           fedphe@hotmail.com;amber.zinski@phelanhallinan.com
          Andrew F Gornall   on behalf of Creditor   Bank of America, N.A., as Servicer
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright   on behalf of Joint Debtor Barbara A. Testa shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com
          Shawn N. Wright   on behalf of Debtor William J. Testa shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Stuart P. Winneg   on behalf of Creditor   Bank of America, N.A, successor by merger to BAC Home
           Loans Servicing, LP fka Countrywide Home Loans Servicing, LP swinneg@udren.com,  cblack@udren.com
                                                                              TOTAL: 11
```