**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM J. TESTA<br>BARBARA A. TESTA<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Repondents. | Case No.:11-26992<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| August 26, 2016 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/15/2011 and confirmed on 1/20/12 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 117,956.00 |
| Less Refunds to Debtor | 51.89 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,904.11 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,671.00 | |
|    Trustee Fee | 4,049.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,720.57 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3682 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0099 | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4198 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4548 | | | | |
|   MUNHALL BOROUGH (RE TAX) | 4,122.00 | 4,122.00 | 513.50 | 4,635.50 |
|     Acct: XXXXXXXX7-10 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 1,256.92 | 1,256.92 | 201.43 | 1,458.35 |
|     Acct: XXXXXXXX8-11 | | | | |
|   STEEL VALLEY SD (MUNHALL) (RE) | 9,693.83 | 9,693.83 | 1,203.86 | 10,897.69 |
|     Acct: H064 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 635.41 | 635.41 | 0.00 | 635.41 |
|     Acct: XXXXXXXXXXXXXXXX INT | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX8-11 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXX INT | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX5;11 | | | | |
|   PNC BANK NA | 0.00 | 49,303.78 | 0.00 | 49,303.78 |
|     Acct: XXX5524 | | | | |
| | | | | 66,930.73 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQUIRE | 2,671.00 | 2,671.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. TESTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. TESTA | 51.89 | 51.89 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY(*) | 573.31 | 573.31 | 0.00 | 573.31 |
| Acct: 3009 | | | | |
| OAK HARBOR CAPITAL IV LLC | 2,966.97 | 2,966.97 | 0.00 | 2,966.97 |
| Acct: 4541 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,909.52 | 1,909.52 | 0.00 | 1,909.52 |
| Acct: 7962 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 15,425.55 | 15,425.55 | 0.00 | 15,425.55 |
| Acct: 4499 | | | | |
| GE CAPITAL RETAIL BANK | 2,125.00 | 2,125.00 | 0.00 | 2,125.00 |
| Acct: 5401 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 3,881.39 | 3,881.39 | 0.00 | 3,881.39 |
| Acct: 2500 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 2,326.94 | 2,326.94 | 0.00 | 2,326.94 |
| Acct: 3669 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 4,093.94 | 4,093.94 | 0.00 | 4,093.94 |
| Acct: 7441 | | | | |
| CAPITAL ONE NA** | 3,063.39 | 3,063.39 | 0.00 | 3,063.39 |
| Acct: 9383 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 3,294.51 | 3,294.51 | 0.00 | 3,294.51 |
| Acct: 0569 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 4,480.84 | 4,480.84 | 0.00 | 4,480.84 |
| Acct: 5418 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 111.45 | 111.45 | 0.00 | 111.45 |
| Acct: 4680 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 44,252.81 |

TOTAL PAID TO CREDITORS                                                  111,183.54

```
 TOTAL
  CLAIMED            0.00
  PRIORITY      15,708.16
  SECURED       44,252.81
```

Date: 08/26/2016                                   /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM J. TESTA
    BARBARA A. TESTA
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:11-26992

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                BY THE COURT:

                                _____
                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 11-26992-GLT
William J. Testa                                                       Chapter 13
Barbara A. Testa
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Aug 31, 2016
                              Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
```
db/jdb         +William J. Testa,   Barbara A. Testa,    3930 Fairfield Avenue,    Munhall, PA 15120-3438
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
r              +Northwood Realty Services,    5301 Clairton Blvd.,   Suite C,    Pittsburgh, PA 15236-2768
13287381       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,   7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13230503       +Bank of America,    450 American Street,   Simi Valley, CA 93065-6285
13331454        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13230504       +Borough of Munhall,    c/o Donald Fetzko, Esquire,   714 Lebanon Road,
                 West Mifflin, PA 15122-1030
13230505      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285-5075)
13230515       +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas TX 75374-0933
13230506       +Citibank Sears,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
13230508        County of Allegheny,    c/o Jordan Tax Service,   P.O. Box 200,    Bethel Park, PA 15102-0200
13289689       +County of Allegheny,    % Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6107
13241116       +Department Stores National Bank/Macy's,    C/O Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13230513       +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13230514       +John Williams,    707 Muldowney Avenue,   West Mifflin, PA 15122-1130
13230516       +Larry Schamus,    304 Emerson Avenue,   Munhall, PA 15120-3174
13230517       +Macy's,   9111 Duke Boulevard,   Mason, OH 45040-8999
13615885      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13237535       +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13230518       +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13289690       +Pittsburgh Water & Sewer Authority,    % Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6107
13230519       +Steel Valley School District,    c/o Donald C. Fetzko, Esquire,   714 Lebanon Road,
                 West Mifflin, PA 15122-1030
13230520       +Target,   3701 Wayzata Blvd.,   Minneapolis, MN 55416-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2016 10:35:21
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2016 10:26:18
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13230507       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 01 2016 10:30:24     Collection Service Center,
                 839 Fifth Avenue,   New Kensington, PA 15068-6303
13230509        E-mail/Text: mrdiscen@discover.com Sep 01 2016 10:29:16     Discover,   P.O. Box 8003,
                 Hilliard, OH 43026
13237432        E-mail/Text: mrdiscen@discover.com Sep 01 2016 10:29:16     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
13323607       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 01 2016 10:31:06     Duquesne Light Company,
                 c/o Bernstein Law Firm,   707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13312047        E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:25:35     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 960061,    Orlando FL 32896-0661
13301189        E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:26:06     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13230510       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:25:34     GE Money Bank,   P.O. Box 103104,
                 Roswell, GA 30076-9104
13230511        E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:25:05     GEMB/JC Penneys,   PO Box 103126,
                 Roswell, GA 30076
13230512       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:26:06     GEMB/Lowes,   PO Box 103104,
                 Roswell, GA 30076-9104
13620678        E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 01 2016 10:29:37     Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
13538108        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2016 10:36:05     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX  77210-4457
13297009       +E-mail/Text: bncmail@w-legal.com Sep 01 2016 10:30:42     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13314843        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2016 10:26:11
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13527192        E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2016 10:26:18     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
13440188        E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2016 10:29:42
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0315-2          User: jhel                Page 2 of 2                  Date Rcvd: Aug 31, 2016
                              Form ID: pdf900           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13527193          E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2016 10:25:19
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13242055         +E-mail/Text: bncmail@w-legal.com Sep 01 2016 10:30:35      TARGET NATIONAL BANK,
                   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A, successor by merger to BAC H
cr              Bank of America, N.A., as Servicer
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13653298*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
13267637       ##+Bank of America, N.A.,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
                                                                                 TOTALS: 6, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
```
              Allison F. Wells    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               fedphe@hotmail.com;amber.zinski@phelanhallinan.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Joint Debtor Barbara A. Testa shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Debtor William J. Testa shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A, successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP swinneg@udren.com,   cblack@udren.com
                                                                                             TOTAL: 11
```