**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/18/16 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    WILLIAM J. TESTA
    BARBARA A. TESTA
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:11-26992

Chapter 13

Related to Dkt. No. 67

ORDER OF COURT

AND NOW, this ___18th___ day of ___October___, 20 _16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: ___Ronda J. Winnecour, Esq.___

**DEFAULT ENTRY**

Dated: _October 18, 2016_

_____
Gregory L. Addonio    **jah**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-26992-GLT
William J. Testa                                                                Chapter 13
Barbara A. Testa
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jbre          Page 1 of 3              Date Rcvd: Oct 18, 2016
                             Form ID: pdf900      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db/jdb      +William J. Testa,   Barbara A. Testa,   3930 Fairfield Avenue,   Munhall, PA 15120-3438
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
r           +Northwood Realty Services,   5301 Clairton Blvd.,   Suite C,   Pittsburgh, PA 15236-2768
13287381    +BANK OF AMERICA, N.A., Et al,   BANK OF AMERICA, N.A.,   7105 CORPORATE DRIVE,
             PLANO, TX 75024-4100
13230503    +Bank of America,   450 American Street,   Simi Valley, CA 93065-6285
13331434     Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13230504    +Borough of Munhall,   c/o Donald Fetzko, Esquire,   714 Lebanon Road,
             West Mifflin, PA 15122-1030
13230505    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   PO Box 85520,   Richmond, VA 23285-5075)
13230515    +CAPITAL ONE NA,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13230506    +Citibank Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13230508    +County of Allegheny,   c/o Jordan Tax Service,   P.O. Box 200,   Bethel Park, PA 15102-0200
13289689    +County of Allegheny,   % Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6107
13241116    +Department Stores National Bank/Macy's,   C/O Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
13230513    +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13230514    +John Williams,   707 Muldowney Avenue,   West Mifflin, PA 15122-1130
13230516    +Larry Schamus,   304 Emerson Avenue,   Munhall, PA 15120-3174
13230517    +Macy's,   9111 Duke Boulevard,   Mason, OH 45040-8999
13615885    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
             Lewisville, TX 75067)
13237535    +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13230518    +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13289690    +Pittsburgh Water & Sewer Authority,   % Goehring, Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6107
13230519    +Steel Valley School District,   c/o Donald C. Fetzko, Esquire,   714 Lebanon Road,
             West Mifflin, PA 15122-1030
13230520    #+Target,   3701 Wayzata Blvd.,   Minneapolis, MN 55416-3400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 01:58:42
             Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr           E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 01:58:35
             Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
             Miami, FL  33131-1605
13230507    +E-mail/Text: bankruptcy@firstenergycorp.com Oct 19 2016 02:03:20      Collection Service Center,
             839 Fifth Avenue,   New Kensington, PA 15068-6303
13230509     E-mail/Text: mrdiscen@discover.com Oct 19 2016 02:02:42      Discover,   P.O. Box 8003,
             Hilliard, OH 43026
13237432     E-mail/Text: mrdiscen@discover.com Oct 19 2016 02:02:42      Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13323607    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 19 2016 02:03:51      Duquesne Light Company,
             c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13312047     E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 01:59:52      GE Capital Retail Bank,
             Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13301189     E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 01:58:29      GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13230510    +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 01:59:52      GE Money Bank,   P.O. Box 103104,
             Roswell, GA 30076-9104
13230511     E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 01:59:52      GEMB/JC Penneys,   PO Box 103126,
             Roswell, GA 30076
13230512     E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 01:59:12      GEMB/Lowes,   PO Box 103104,
             Roswell, GA 30076-9104
13620678     E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2016 02:02:52      Green Tree Servicing, LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154
13538108     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 01:58:42      Midland Funding LLC,
             by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
13297009    +E-mail/Text: bncmail@w-legal.com Oct 19 2016 02:03:27      OAK HARBOR CAPITAL IV, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13314843     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2016 01:59:55
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13527192     E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 01:59:20      Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
             Miami, FL 33131-1605
13440188     E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2016 02:02:57
             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0315-2              User: jbre              Page 2 of 3              Date Rcvd: Oct 18, 2016
                                 Form ID: pdf900         Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13527193          E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 01:58:35
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13242055         +E-mail/Text: bncmail@w-legal.com Oct 19 2016 02:03:24    TARGET NATIONAL BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                            TOTAL: 19


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Allegheny County
cr                BANK OF AMERICA, N.A.
cr                Bank of America, N.A, successor by merger to BAC H
cr                Bank of America, N.A., as Servicer
cr                Duquesne Light Company
cr*               Pittsburgh Water & Sewer Authority
cr*              ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:  NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                  Lewisville, TX  75067)
cr*               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13653298*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX  75067)
13267637         ##+Bank of America, N.A.,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
                                                                          TOTALS: 6, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
              Allison F. Wells    on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com,
              fedphe@hotmail.com;amber.zinski@phelanhallinan.com
              Andrew F Gornall    on behalf of Creditor   Bank of America, N.A., as Servicer
              agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
              cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
              rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Joint Debtor Barbara A. Testa shawn@shawnwrightlaw.com,
              wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Debtor William J. Testa shawn@shawnwrightlaw.com,
              wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
```

District/off: 0315-2          User: jbre              Page 3 of 3            Date Rcvd: Oct 18, 2016
                             Form ID: pdf900          Total Noticed: 42

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stuart P. Winneg    on behalf of Creditor   Bank of America, N.A, successor by merger to BAC Home
         Loans Servicing, LP fka Countrywide Home Loans Servicing, LP swinneg@udren.com,   cblack@udren.com
                                                                               TOTAL: 11